**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-cr-00064-EWN-01

UNITED STATES OF AMERICA,

                  Plaintiff,

vs.

RHODA GRAY,

                  Defendant.

---

**ORDER CONTINUING PROBATION**

---

THIS MATTER is before the Court on report of the probation officer following a probation violation hearing.  The defendant admits to the alleged violation of probation and the Court finds the defendant has violated the terms and conditions of probation.  Accordingly, it is

ORDERED that the defendant's term of probation is continued with the expectation that the defendant will reside with her mother, and all previously imposed terms and conditions of probation shall remain in full force and effect.

DATED at Denver, Colorado, this 15th day of December, 2006.

                BY THE COURT:


                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Court Judge